```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
HARTFORD INSURANCE COMPANY OF THE         :
MIDWEST a/s/o DART REALTY LLC,            :
                          Plaintiff,      :     09 Civ. 6781 (DLC)
                                          :
              -v-                         :     ORDER OF
                                          :     DISCONTINUANCE
DUNHAM PIPING & HEATING CORP.,            :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the pretrial conference scheduled for February 19, 2010 is cancelled.

   IT IS FURTHER ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:   New York, New York
         February 18, 2010

                              _____
                                       DENISE COTE
                              United States District Judge